IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Zella Sellers, individually and as plaintiff ad litem on behalf of Julius Sellers,<br>Plaintiff,<br>vs.<br>Merck & Co., Inc.,<br>Defendant. | )<br>)<br>)<br>) No. 05-0965-CV-W-FJG<br>)<br>) |

## ORDER

The motion to withdraw (Doc. #4), filed October 26, 2005, is sustained. Christopher R. Miller is withdrawn as an attorney of record for plaintiff. Kenneth B. McClain and Daniel A. Thomas of Humphrey, Farrington & McClain, P.C. remain as counsel of record.

Defendant's motion to stay all proceedings (Doc. #3), filed October 13, 2005, is sustained. This matter is stayed pending the transfer decision by the Judicial Panel on Multidistrict Litigation.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: November 30, 2005
Kansas City, Missouri